**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM ROSS BRYMER, II, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> NEVADA ATTORNEY GENERAL, *et al*, ) <br> ) <br> Respondents. ) <br> _____/ | 3: 10-cv-00609-ECR-RAM <br><br> **ORDER** |

This is a habeas corpus case pursuant to 28 U.S.C. § 2254 in which petitioner, a pretrial detainee, is proceeding *pro se*. The Clerk of Court served petitioner with a notice on September 30, 2010. (Docket #2.)   Although the notice was served on petitioner at his address of record, the notice was returned as undeliverable  (Docket #3).

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address.  The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of petitioner's failure to keep the Court informed of current address as required by LSR 2-2, the Court will dismiss this action without prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.  All pending motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 17th day of November, 2010.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE