AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

WILLIAM ROSS BRYMER, II,

     Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:   **3:10-cv-00609-ECR-RAM**

NEVADA ATTORNEY GENERAL, et al,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED as moot.


 November 17, 2010                                                **LANCE S. WILSON**
                                                                                                  Clerk

                                                                                        /s/  M. Campbell
                                                                                       Deputy Clerk